# THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**JAMES FLEISCHMAN,**
    **Plaintiff,**

vs.                                                             **CASE NO.: 3:07cv344/MCR/MD**

**A. SMITH, et al.,**
    **Defendants.**

## O R D E R

    This cause is before the court upon plaintiff filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1) and a motion to proceed *in forma pauperis* (doc. 2).

    Plaintiff did not file his application to proceed *in forma pauperis* on the required Northern District forms. See N.D. Fla. Loc. R. 5.1(H). Nor did he submit a consent form. A complete application to proceed *in forma pauperis* includes a motion with supporting affidavit and a prisoner consent form and financial certificate with account documentation. The court will not process the complaint until all these forms are submitted.

    Accordingly, it is ORDERED:

    1.    Plaintiff's motion to proceed *in forma pauperis* (doc. 2) is DENIED WITHOUT PREJUDICE.

    2.    The clerk is directed to send plaintiff a form application to proceed *in forma pauperis*. This case number shall be written on the form.

    3.    Within **thirty (30) days** of the date of this order, plaintiff shall either file a complete application to proceed *in forma pauperis* or pay the full $350.00 filing fee. Plaintiff need not resubmit his account information.

4. Plaintiff's failure to comply with the foregoing will result in a recommendation that this case be dismissed for failure to prosecute and failure to comply with an order of the court.

DONE AND ORDERED this 22nd day of August, 2007.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**