IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JAMES FLEISCHMAN,**
    Plaintiff,

vs.                            CASE NO.:  3:07cv344/MCR/MD

**A. SMITH, et al.,**
    Defendants.
_____/

O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on November 5, 2007, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    This cause is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii) for plaintiff's failure to state a claim upon which relief may be granted.

3.    The clerk is directed to close the file.

DONE AND ORDERED this 10th day of December, 2007.

                                           *s/ M. Casey Rodgers*
                                           **M. CASEY RODGERS**
                                           **UNITED STATES DISTRICT JUDGE**